IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER LEAR, | ) |
| *Plaintiff,* | ) Civ. Action No. 2:23-cv-1773 |
| vs. | ) Re: ECF No. 24 |
| FAYETTE COUNTY, | ) |
| *Defendant.* | ) |

**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Jennifer Lear, and Defendant, Fayette County, hereby stipulate to the dismissal of the above-captioned action, with prejudice. Each party shall bear its own costs and attorney's fees.

Date: August 21, 2024

AND NOW, this 22nd day of August, 2024.
IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

**THE WORKERS' RIGHTS LAW GROUP, LLP**

By: */s/ Erik M. Yurkovich*
    Erik M. Yurkovich, Esq. (Pa. I.D. No. 83432)
    Kyle H. Steenland, Esq. (Pa. I.D. No. 327786)

The Workers' Rights Law Group, LLP
Foster Plaza 10
680 Andersen Drive, Suite 230
Pittsburgh, PA 15220
Telephone: 412.910.8057
Facsimile: 412.991.7510
erik@workersrightslawgroup.com
kyle@workersrightslawgroup.com

*Counsel for Plaintiff, Jennifer Lear*

**WALSH BARNES, P.C.**

By: */s/ Robert J. Grimm*
　　Robert J. Grimm, Esq. (PA Bar No. 55381)

　　Walsh Barnes, P.C.
　　2100 Corporate Drive, Suite 300
　　Wexford, PA 15090
　　Telephone: 412.261.3288
　　rgrimm@walshlegal.net

　　*Counsel for Defendant, Fayette County*